IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| **LOREN W. HERSHEY,** | * | |
| Appellant, | * | |
| v. | * | Case No. 1:13-cv-00081-TSE-JFA |
| **ACADIA INVESTMENTS L.C.** | * | On appeal from 11-12591-RGM |
| Appellee. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE REGARDING SANCTIONS ORDER UNDER APPEAL

Pursuant to this Court's direction during the hearing on March 1, 2013, Appellee Acadia Investments L.C. ("Appellee" or "Acadia"), by counsel, hereby files this *Notice Regarding Sanctions Order Under Appeal,* and states that there are no additional parties who were granted sanctions pursuant to the Order Granting Motion for Sanctions (Bankruptcy Court Clerk's Docket No. 619) that is the subject of the above-captioned appeal.

Dated: March 4, 2013              Respectfully submitted,

WHITEFORD TAYLOR & PRESTON LLP

By:   /s/ *Bradford F. Englander*
      Bradford F. Englander, VSB # 36221
      Justin P. Fasano, VSB # 75983
      3190 Fairview Park Drive, Suite 300
      Falls Church, Virginia 22042
      (703) 280-9081 (tel)
      (703) 280-3370 (fax)
      *Counsel for Acadia Investments L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2013, I will electronically file the *Notice Regarding Sanctions Order Under Appeal* with the Clerk of Court using the CM/ECF system, which will then create a notification of such filing (NEF) and I hereby certify that I will mail copies of the foregoing document and NEF by e-mail and first-class mail, postage prepaid, to the following non-filing users:

| | |
|---|---|
| Loren W. Hershey<br>2451 Fairhunt court<br>Oakton, VA 22124 | Loren W. Hershey<br>Loren W. Hershey, Attorney at Law, P.C.<br>1725 I Street, NW, Suite 300<br>Washington, DC 20006<br>lwhesq@aol.com |

/s/ *Bradford F. Englander*
WHITEFORD, TAYLOR & PRESTON, LLP
Bradford F. Englander (VSB# 36221)
benglander@wtplaw.com
Christopher A. Jones (VSB # 40064)
cajones@wtplaw.com
Justin P. Fasano (VSB # 75983)
jfasano@wtplaw.com
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9260
(703) 280-9139 (facsimile)